IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY E. JOHNSON, | C 06-6376 MJJ (PR) |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| TONY MALFI, et al., | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent shall file with this Court and serve upon petitioner, on or before **October 5, 2007**, an answer or other responsive pleading to the petition for writ of habeas corpus. If petitioner wishes to respond, he shall do so by filing a traverse or opposition with the Court and serving it on respondent within 30 days of his receipt of the answer or other responsive pleading.

Dated: 10/12/2007

The Honorable Martin Jenkins

[Proposed] Order

Johnson v. Malfi, et al.
Case No. C 06-6376 MJJ (PR)